ORIGINAL

FILED IN OPEN COURT
U.S.D.C. - Atlanta

NOV 23 2020

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ELLIE MELVIN BRETT, JOHN WESLEY WADE, AND VIDA MESSIAH JONES | Criminal Indictment<br><br>No. 1:20CR-452 |

THE GRAND JURY CHARGES THAT:

### Count One

Beginning on a date unknown to the grand jury, and continuing until on or about October 2, 2020, in the Northern District of Georgia, the defendants, ELLIE MELVIN BRETT, JOHN WESLEY WADE, and VIDA MESSIAH JONES, did willfully and unlawfully conspire, combine, confederate, agree, and have a tacit understanding with one another to maliciously damage, destroy, and attempt to damage and destroy, by means of fire, vehicles in whole and in part owned, possessed by, and leased to the United States and a department and agency of the United States, that is, the United States Postal Service, in violation of Title 18, United States Code, Sections 844(n) and 844(f)(1).

### Count Two

On or about October 2, 2020, in the Northern District of Georgia, the defendants, ELLIE MELVIN BRETT, JOHN WESLEY WADE, and VIDA MESSIAH JONES, aided and abetted by one another, did maliciously damage,

destroy, and attempt to damage and destroy, by means of fire, vehicles in whole and in part owned, possessed by, and leased to the United States and a department and agency of the United States, that is, the United States Postal Service, in violation of Title 18, United States Code, Section 844(f)(1) and Section 2.

## Forfeiture

Upon conviction of one or more of the offenses alleged in Counts One and Two of this Indictment, the defendants, ELLIE MELVIN BRETT, JOHN WESLEY WADE, and VIDA MESSIAH JONES, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 982(a)(2)(B), any and all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of such violations, and pursuant to Title 18, United States Code, Section 844(c) and Title 28, United States Code, Section 2461(c), any explosive materials involved in or used or intended to be used in the violations. The property to be forfeited includes, but is not limited to, the following:

MONEY JUDGMENT: A sum of money in United States currency, representing the amount of proceeds obtained as a result of the offenses alleged in the Indictment.

If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

2

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty;

the United States intends to seek forfeiture of any other property of said defendants up to the value of the forfeitable property, pursuant to Title 21, United States Code, Section 853(p), Title 18, United States Code, Section 982(b)(1), and Title 28, United States Code, Section 2461(c).

A **True** BILL

_____
FOREPERSON

BYUNG J. PAK
*United States Attorney*

BRET R. HOBSON
*Assistant United States Attorney*
Georgia Bar No. 882520

RYAN K. BUCHANAN
*Assistant United States Attorney*
Georgia Bar No. 623388

600 U.S. Courthouse
75 Ted Turner Drive SW
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

3