IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA

ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL CASE NO. 1:20-CR-00452-SDG-CCB |
| VIDA MESSIAH JONES | |

DEFENDANT'S MOTION FOR A DETENTION HEARING

COMES NOW Defendant, Vida Messiah Jones, and hereby moves the Honorable Linda T. Walker to schedule a detention hearing, or in the alternative, to reopen the detention hearing. In support, the Defendant offers the following:

Mr. Jones made his initial appearance in this Court on October 28, 2020, following his arrest pursuant to a Magistrate Complaint. (Docs. 1, 14). The government moved for detention. (Docs. 14, 16).

At the initial appearance and again at the preliminary hearing held on November 2, the Defendant notified the Court that he did not contest detention at the time, but intended to ask for a detention hearing in the future. (Doc. 29). Mr. Jones informed the Court that there was uncertainty regarding his housing, and counsel wanted to confirm a residence before any detention hearing. A temporary order of detention was issued, followed by an order granting the government's

motion for detention, which noted that Mr. Jones did not contest detention. (Doc. 25; Doc. 32 at 3). Mr. Jones now has confirmed housing.

Accordingly, Mr. Jones moves this Court to hold a detention hearing, or in the alternative, reopen the detention hearing so that he may present evidence to rebut the government's argument for pretrial detention.

Dated: This 18th day of December, 2020.

Respectfully Submitted,

*/s/ Rebecca Shepard*
Rebecca Shepard
Georgia Bar No. 780692
Attorney for Mr. Jones

Federal Defender Program, Inc.
Centennial Tower, Suite 1500
101 Marietta Street, N.W.
Atlanta, Georgia 30303
(404) 688-7530; Fax: (404) 688-0768
Rebecca_Shepard@fd.org

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Detention Hearing has been formatted in Times New Roman 14 pt., in accordance with Local Rule 5.1B, and was electronically filed this day with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following counsel of record:

>Bret Hobson
>Ryan Buchanan
>Assistant United States Attorneys
>Suite 600, Richard B. Russell Building
>75 Ted Turner Drive, S.W.
>Atlanta, Georgia 30303

Dated:  This 18th day of December, 2020.

>*/s/ Rebecca Shepard*
>Rebecca Shepard
>Georgia Bar No. 780692
>Attorney for Mr. Jones