**MAGISTRATE'S CRIMINAL MINUTES**

**ARRAIGNMENT**
    **PLEA AND**
        **SENTENCE**



United States District Court, Northern District of Georgia

Time in Court: ____ Hrs  **48** Min

Filed in Open Court:   Date: **1/12/2021**   Time: **11:13 am**   Tape: **FTR GOLD**

Magistrate (presiding): **LINDA T. WALKER**            Deputy Clerk: **Sonya Coggins**

| | | | |
|---|---|---|---|
| Case Number: | 1:20-CR-452-SDG | Defendant's Name: | Vida Messiah Jones |
| AUSA: | Ryan Buchanan/Bret Hobson | Defendant's Attorney: | Mille Dunn for Rebecca Shepard |
| USPO/PTR: | Jamila Crawford (via phone) | Type Counsel: | ( ) Retained  ( ) CJA  ( ) FPD  ( ) Waived |

____ ARREST DATE: _____

____ INTERPRETER: _____

____ INITIAL APPEARANCE HEARING.  ( ) In THIS DISTRICT        Dft in custody?  ( ) Yes     ( ) No

____ Defendant advised of right to counsel.   ( ) WAIVER OF COUNSEL filed.

____ ORDER appointing Federal Defender Program as counsel.   ( ) INITIAL APPEARANCE ONLY.

____ ORDER appointing _____ as counsel.

____ ORDER giving defendant _____ days to employ counsel (cc: served by Mag CRD)

____ Dft to pay attorney fees as follows: _____

____ INFORMATION/COMPLAINT filed.        ____ WAIVER OF INDICTMENT filed.

____ Copy **indictment**/information given to dft? ( ) Yes    ( ) No      Read to dft? ( ) Yes   ( ) No   ( ) Prior to Hrg

____ CONSENT TO TRIAL BEFORE MAGISTRATE (Misd / Petty) offense filed.

____ ARRAIGNMENT HELD.( ) Superseding indictment / information     ( ) Dft's WAIVER of appearance filed.

____ Arraignment continued to _____ at _____ Request of ( ) Govt    ( ) Dft

____ Dft failed to appear for arraignment.    Bench warrant issued _____

____ Dft enters PLEA OF NOT GUILTY.  ( ) Dft stood mute; plea of NOT GUILTY entered.   ( ) Waiver of appearance.

____ MOTION TO CHANGE PLEA, and order allowing same.

____ ASSIGNED TO JUDGE _____ for ( ) trial    ( ) arraignment/sentence.

____ ASSIGNED TO MAGISTRATE _____ for pretrial proceedings.

____ Estimated trial time: _____ days.         ( ) SHORT       ( ) MEDIUM       ( ) LONG

____ PRE-SENTENCE INVESTIGATION filed.  Referred to USPO for PSI and continued until _____ at _____ for sentencing.

ARRAIGNMENT - Pg. 2               Case No.:   1:20-CR-452-SDG
                                  Defendant: Vida Messiah Jones

____  Government MOTION FOR DETENTION filed. Hearing set for _____ at _____

____  Temporary commitment issued.

**BOND/PRETRIAL DETENTION HEARING**

X     Motion Hearing HELD re [46] Motion for Hearing re Detention.

X     Government MOTION FOR DETENTION  ( ) GRANTED   (X) DENIED   ( ) WITHDRAWN

X     Government requested a STAY of the bond pending an appeal to the District Court. STAY GRANTED through January 15, 2021.

____  HEARING HELD on motion for reduction / modification of bond.

____  Motion for reduction / modification of Bond   ( ) GRANTED     ( ) DENIED.

____  WRITTEN ORDER TO FOLLOW.

X     BOND SET at   25,000.00

X     Non-surety

____  Surety   ( ) Cash     ( ) Property     ( ) Corporate surety ONLY

____  SPECIAL CONDITIONS: _____

____  Bond filed; defendant released.

X     Bond NOT EXECUTED.   Defendant to remain in Marshal's custody.

**WITNESSES:**   Stephanie Bennett, (FBI) SWORN, TESTIFIED

**EXHIBITS:**   Government's Exhibits 1 and 2, ADMITTED     Exhibits retained and will be forward to the Office of the Clerk.

**SENTENCE:**