IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*v.*<br><br>VIDA MESSIAH JONES | Criminal Action No.<br><br>1:20-cr-452-SDG-CCB |

**MOTION FOR REVIEW OF AN ORDER DENYING MOTION FOR DETENTION AND REQUEST FOR AN ORDER STAYING RELEASE**

The United States of America, by Bobby L. Christine, Acting United States Attorney, and Ryan K. Buchanan, Assistant United States Attorney for the Northern District of Georgia, files this Motion for Review of an Order Denying Motion for Detention.

On October 27, 2020, Defendant was arrested and charged via federal criminal complaint. (Doc. 1). Three weeks later, a grand jury sitting in the Northern District of Georgia returned an indictment charging Defendant and two co-defendants with arson and arson conspiracy related to the arson of United States Postal Service vehicles.

The United States filed a motion to detain Defendant after his arrest. (Doc. 16). The Defendant did not initially contest the motion. However, on December 18, 2021, Defendant filed a motion for a hearing on the Government's detention motion. The United States Magistrate Court conducted a hearing January 12,

2021. (Docs. 46 and 50). The Court then granted Defendant's motion for bond. (Doc. 50).

Pursuant to Title 18, United States Code, Section 3145, the United States moves this Court for review the order denying the motion for detention issued by the United States Magistrate Court. (Doc. 50). The United States requests a hearing date at this Court's earliest convenience. The United States also requests that the stay issued by the United States Magistrate Court remain in effect pending the outcome of the hearing before this Court.

**Conclusion**

The United States respectfully requests review of the order denying its motion for detention and a hearing at this Court's earliest convenience. The United States also requests that the stay issued by the United States Magistrate Court remain in effect pending the outcome of the hearing before this Court.

    Respectfully submitted,

    BOBBY L. CHRISTINE
      *Acting United States Attorney*

    /s/RYAN K. BUCHANAN
      *Assistant United States Attorney*
    Georgia Bar No. 623388
    Ryan.Buchanan@usdoj.gov

600 U.S. Courthouse, 75 Ted Turner Drive S.W., Atlanta, GA 30303
(404) 581-6000   fax (404) 581-6181

## Certificate of Service

The United States Attorney's Office served this document today by filing it using the Court's CM/ECF system

January 13, 2021

/s/ RYAN K. BUCHANAN

RYAN K. BUCHANAN

*Assistant United States Attorney*