# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:20-cr-00452-SDG-CCB
### USA v. Brett et al
### Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 01/15/2021.

TIME COURT COMMENCED: 10:00 A.M.
TIME COURT CONCLUDED: 11:30 A.M.   COURT REPORTER: Alicia Bagley
TIME IN COURT: 1:30   DEPUTY CLERK: Alisha Holland
OFFICE LOCATION: Atlanta

| | |
|---|---|
| DEFENDANT(S): | [3] Vida Messiah Jones Present at proceedings |
| ATTORNEY(S) PRESENT: | Ryan Buchanan representing USA<br>Bret Hobson representing USA<br>Rebecca Shepard representing Vida Messiah Jones |
| PROCEEDING CATEGORY: | Appeal Hearing of Magistrate Judge Order (Other Proceeding Non-evidentiary); |
| MINUTE TEXT: | Hearing held on Government's request to review Magistrate Court's order denying the Government's motion for detention [ECF 51]. Government's exhibits 1, 2, 3, 4, 5, 6, 7, 8, and 9 were admitted. After hearing argument from Government's and Defendant's counsel, the Court AFFIRMED the Magistrate's order denying the Government's motion for detention. The Court ORDERED the defendant to be released on bond with the following conditions: 1) defendant is to be on home detention and location monitoring at all times with the exception of meetings with his attorney, court appearances, medical appointments, and employment between the hours of 7:00 am and 7:00 pm, 2) defendant is to reside with his mother at all times, 3) defendant and his mother, Roberta Espree, must co-sign a $25,000 unsecured bond, 4) defendant may leave his residence between the hours of 7:00 a.m. and 7:00 p.m. for employment or to seek employment with the permission of the pretrial services officer, 5) defendant may not engage in any online activity or social media platforms, 6) defendant is prohibited from participating in, encouraging or inciting any protests, peaceful or otherwise, and 6) defendant must stay at least 500 feet away from any federal property except for court appearances or scheduled meetings with probation. The case was referred to the duty |

                          magistrate judge for bond proceedings. Any other conditions of bond may be ordered at the duty magistrate judge's discretion.

| | |
|---|---|
| HEARING STATUS: | Hearing Concluded |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |