IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | CIVIL ACTION NO. |
| v. | 1:20-CR-452-SDG-CCB |
| VIDA MESSIAH JONES (3), | |
| Defendant. | |

## ORDER

Counsel for Defendant has advised the Court that Defendant will not be filing any pretrial motions and that there is no need for a pretrial conference in this case. There are no pending motions, and it does not appear that there are any other pretrial matters to bring before the undersigned. It is therefore **ORDERED** that Defendant's case be certified ready for trial.

**IT IS SO ORDERED,** this 17th day of May, 2021.

_____
CHRISTOPHER C. BLY
UNITED STATES MAGISTRATE JUDGE