**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

UNITED STATES OF AMERICA

v.

VIDA MESSIAH JONES

Civil Action No.
1:20-cr-00452-SDG-3

## NOTICE OF RESETING SENTENCING HEARING

Notice is hereby given that the sentencing hearing for Defendant Vida Messiah Jones is reset to **MONDAY, NOVEMBER 29, 2021 AT 10:00 AM**, before the Honorable Steven D. Grimberg, in Courtroom 1707, Richard B. Russell Federal Building, 75 Ted Turner Drive, S.W., Atlanta, Georgia 30303.

The parties may file sentencing memoranda on CM/ECF no less than five business days prior to the sentencing hearing; responses to such memoranda, if any, may be filed no less than two business days prior to the sentencing hearing. Reply briefs are not allowed absent leave from the Court.

The parties are instructed to timely advise the Court via email to Chambers (alisha_holland@gand.uscourts.gov) if they anticipate calling any witnesses to testify or address the Court during the hearing. The parties are also instructed to timely advise the Court via email to Chambers if any objections set forth in the

final Pre-Sentence Report are withdrawn or resolved by the parties prior to the

hearing.

DATE:  October 5, 2021

_____
        Steven D. Grimberg
United States District Court Judge