# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:20-cr-00452-SDG-CCB
## USA v. Brett et al
## Honorable Steven D. Grimberg

Minute Sheet for proceedings held In Open Court on 03/25/2022.

| | |
|---|---|
| TIME COURT COMMENCED: 10:05 A.M. | COURT REPORTER: Alicia Bagley |
| TIME COURT CONCLUDED: 10:55 A.M. | CSO/DUSM: 1 CSO |
| TIME IN COURT: 00:50 | USPO: Maria Ridley |
| OFFICE LOCATION: Atlanta | DEPUTY CLERK: Harry Martin |

| | |
|---|---|
| DEFENDANT(S): | [3]Vida Messiah Jones Present at proceedings |
| ATTORNEY(S) PRESENT: | Mildred Dunn representing Vida Messiah Jones<br>Bret Hobson representing USA<br>Rebecca Shepard representing Vida Messiah Jones |
| PROCEEDING CATEGORY: | Sentencing Hearing(Sentencing Hearing Non-evidentiary); |
| MINUTE TEXT: | Defendant sentenced to TIME SERVED as to Count 1 of the Criminal Indictment and advised of appeal rights. See J&C for sentence. |
| HEARING STATUS: | Hearing Concluded |