ND/GA PROB 12B
(Rev. 1/21)

# UNITED STATES DISTRICT COURT
### for
# NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. - Atlanta

JUN 13 2022

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

## Violation Report and Petition to Modify Conditions of Supervision with Consent of the Offender
*(Probation Form 49, Waiver of Hearing Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | Vida Messiah Jones | Docket No: | 20:CR-0452-SDG-3 |

Judicial Officer: Honorable Steven D. Grimberg
U.S. District Court Judge

Date of Original Sentence: 03/25/2022

Original Offense: Conspiracy to Maliciously damage, destroy, and attempt to Damage and Destroy U.S. Postal Service Vehicles by Means of Fire, 18 U.S.C §§ 844(n) and 844(f)(1)

Original Sentence: Time Served followed by 3 years supervised release with standard conditions and the following special conditions: $100 per month to Pretrial Services for GPS monitoring balance, permit confiscation and/or disposal of any material considered to be contraband or of evidentiary value, permissible search, participate in a cognitive skills program.

Type of Supervision: Supervised Release    Date Supervision Commenced: 03/25/2022

---

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

1. **Violation of Mandatory Condition -Unlawful Use of a Controlled Substance:**
   a. On March 25, 2022, the defendant tested positive for marijuana after submitting a sample to satisfy his Crime Bill Urinalysis requirement. Mr. Jones admitted to consuming marijuana on 3/15/2022.

Upon reviewing the defendant's conditions, there are no special conditions enforcing the continuance of drug testing nor the ability to enroll the defendant in drug treatment if the issue continues. Mr. Jones agreed to continue drug testing and is willing to engage in substance abuse treatment.

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

None.

**PETITIONING THE COURT TO:**

To modify the conditions of supervision as follows:

You **must submit to substance abuse testing** to determine if you have used a prohibited substance. You must not obstruct, attempt to obstruct, or tamper with any testing methods. You must pay all or part of the costs of testing based on your ability to pay unless excused by the probation officer.

You must **participate in an alcohol and / or other substance abuse treatment program** and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.) You must pay all or part of the costs of the program based on your ability to pay unless excused by the probation officer.

Respectfully submitted,

| *Krystal Cunningham* | 04/15/2022 | *Travis B. Smith* | 04/15/2022 |
|---|---|---|---|
| Krystal T. Cunningham<br>United States Probation Officer | Date | Travis Smith<br>Supervisory U.S. Probation Officer | Date |

**THE COURT ORDERS:**

☒ The modifications of conditions as noted above

☐ No Action

☐ Other

_____
Honorable Steven D. Grimberg
U.S. District Court Judge

June 13, 2022
Date

PROB 49
(3/89)

# United States District Court

Northern District of Georgia

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

You must participate in an alcohol and / or other substance abuse treatment program and follow the rules and regulations of that program. The probation officer will supervise your participation in the program (provider, location, modality, duration, intensity, etc.) You must pay all or part of the costs of the program based on your ability to pay unless excused by the probation officer.

You must submit to substance abuse testing to determine if you have used a prohibited substance. You must not obstruct, attempt to obstruct, or tamper with any testing methods. You must pay all or part of the costs of testing based on your ability to pay unless excused by the probation officer.

Witness: _____
Krystal T. Cunningham

Signed: _Vida Jones_
Vida Messiah Jones

03/28/2022