IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>VIDA MESSIAH JONES | Criminal Docket No.<br>1:20-cr-00452-SDG-3 |

**ORDER AMENDING JUDGMENT AND COMMITMENT**

By direction of the Court, it is ORDERED AND ADJUDGED that the judgment and commitment rendered on March 25, 2022 be amended on page five (5) to remove the following special condition of supervision:

> **You must pay $100.00 per month to Pretrial Services until the balance of your financial obligation for the cost of your GPS monitoring while on pretrial supervision is fulfilled.**

IT IS FURTHER ORDERED that the judgment and commitment remain the same in every other respect. The Clerk is DIRECTED to serve a copy of this order to the United States Marshal and Bureau of Prisons.

SO ORDERED this the 13th day of July, 2022.

Steven D. Grimberg
United States District Court Judge