AO442 (Rev. 8/15)

F.d. 1119S010

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA

FILED IN CLERK'S OFFICE
U.S.D.C. Atlanta

RECEIVED
By usms at 3:16 pm, Aug 19, 2022

### WARRANT FOR ARREST

AUG 10 2023

KEVIN P. WEIMER, Clerk
By: _____ Deputy Clerk

ORIGINAL

| UNITED STATES OF AMERICA | ) |  |
|---|---|---|
|  | ) |  |
| vs. | ) |  |
|  | ) |  |
| Vida Messiah Jones | ) | Docket No.: 113E 1:20CR00452-3 SDG |
|  | ) | ~~UNDER SEAL~~ |
|  | ) |  |

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information   ☐ Complaint   ☐ Order of Court   ☐ Violation Notice   ☒ Supervised Release Violation Petition
☐ Other:

charging him with:  New law violation of Aggravated Assault, Drug Use, Failure to pay Restitution

in violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer:

_[signature]_

Honorable Steven D. Grimberg
U.S. District Court Judge

Date: August 17, 2022

Bail fixed at $_____ By _____
                            Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 08-19-2022 | DUSM R. DiPaolo |  |
| **DATE OF ARREST** |  |  |
| 07-27-2023 |  |  |

USMS: 14798-509

F.d. 1195010

AO442 (Rev. 8/15)

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA

RECEIVED
By usms at 2:10 pm, Aug 11, 2023

## WARRANT FOR ARREST

COPY

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | |
| ) | |
| Vida Messiah Jones ) | Docket No.: 113E 1:20CR00452-3 |
| ) | UNDER SEAL |
| ) | |

To: The United States Marshal
    and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest and bring him forthwith to the nearest magistrate judge to answer a:

☐ Information  ☐ Complaint  ☐ Order of Court  ☐ Violation Notice  ☒ Supervised Release Violation Petition
☐ Other:

charging him with:   New law violation of Aggravated Assault, Drug Use, Failure to pay Restitution

in violation of Title 18 United States Code, Section 3606.

Signature of Issuing Officer:

*[signature]*

Honorable Steven D. Grimberg
U.S. District Court Judge

Date:   August 17, 2022

Bail fixed at $ _____  By _____
                                        Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME/TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 7-27-23 | R DiPaolo  DUSM | *[signature]* |
| DATE OF ARREST | | |
| 7-27-23 | | |

USMS 14798-509