ND/GA PROB 12B
(Rev. 1/21)

# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

### Violation Report and Petition to Modify Conditions of Supervision
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | Vida Messiah Jones | Docket No: | 1:20CR00452-SG-3 |
| Judicial Officer: | Honorable Steven D. Grimberg<br>U.S. District Court Judge | | |
| Date of Original Sentence: | 03/25/2022 | | |
| Original Offense: | 18 U.S.C. §§ 844(n) and 844(f)(1) Conspiracy to Maliciously Damage, Destroy, and Attempt to Damage and Destroy U.S. Postal Service Vehicles by Means of Fire | | |
| Original Sentence: | Time served followed by three (3) years supervised release with the following special conditions: Cognitive Skills Treatment Program; Search; Permit Confiscation of Contraband; and Pay Restitution in the amount of $35,061.75 at a rate of $100 per month. On June 13, 2022, the conditions were modified to include substance abuse testing and treatment. | | |

Type of Supervision: Supervised Release    Date Supervision Commenced: 03/25/2022

---

## RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

### Violation of Mandatory Condition- Failure to Make Restitution:
Mr. Jones has failed to make his monthly restitution payments as originally ordered. Mr. Jones was originally ordered by the Court to make monthly payments in the amount of $100. Since being placed under supervision Mr. Jones has not made any payments. Mr. Jones currently owes the outstanding balance of $35,086.75.

### PREVIOUS VIOLATION(S) REPORTED TO THE COURT:
Mr. Jones tested positive for marijuana on March 25, 2022. He agreed to sign a waiver of hearing agreeing to the addition of conditions of substance abuse testing and treatment. On June 13, 2022, Your Honor agreed to the modification.

On August 17, 2022, a violation report and petition for warrant was submitted to Your Honor for the

Jones, Vida page 1 of 3

new offenses of Aggravated Assault, Unlawful use of Controlled Substances, failure to participate in substance abuse treatment, and failure to pay court ordered financial penalties. Your Honor signed the violation report and petition for warrant.

Mr. Jones remained in the Fulton County Jail from August 17, 2022, to July 27, 2023. Mr. Jones had an initial appearance before United States Magistrate Judge Walker on July 27, 2023. Mr. Jones was given a bond and court ordered to stay at the Atlanta Recovery Center while awaiting a final hearing.

Mr. Jones, attorney, Federal Defender Rebecca Shepard, is in the process of requesting that Your Honor hold the alleged violations in abeyance due to the Aggravated Assault being dismissed by the Fulton County District Attorney's Office.

Since the initial appearance, Mr. Jones has remained at the Atlanta Recovery Center. Mr. Jones continues to test negative for the presence of illegal drugs. Mr. Jones has obtained full-time employment. Recently, Mr. Jones sustained a broken collar bone as a result of a bicycle accident. The accident has caused Mr. Jones to miss a significant amount of work.

This United States Probation Officer has had an in-depth conversation with Mr. Jones regarding the importance of his restitution payments. Mr. Jones has informed this officer that he believes he would be able to make monthly restitution payments of no less than $20 per month if allowed by Your Honor.

Mr. Jones was presented with a waiver to reduce his $100 monthly restitution payments to the new rate of no less than $20 monthly. Mr. Jones signed the waiver, which is attached, agreeing to modify his monthly restitution payments.

**PETITIONING THE COURT TO:**

*Modify the conditions of supervision as follows:*

**Monthly restitution payments to be modified to no less than $20 per month from the original set amount of $100 per month until the balance is paid in full.**

Respectfully submitted,

| | | | |
|---|---|---|---|
| *[signature]* | 10-30-2023 | F. White | 10/30/2023 |
| Andrew Elliott | Date | Felicia White | Date |
| United States Probation Officer | | Supervisory U.S. Probation Officer | |

Jones, Vida page 2 of 3

THE COURT ORDERS:

☑ The modifications of conditions as noted above

☐ No Action

☐ Other

_____
Honorable Steven D. Grimberg
U.S. District Judge

11/14/2023
Date

PROB 49
(3/89)

# United States District Court

Northern District of Georgia

## Waiver of Hearing to Modify Conditions
## of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

**Monthly restitution payments to be modified to no less than $20 per month from the original set amount of $100 per month until the balance is paid in full.**

Witness: _/s/ A. Elliott_  Signed: _/s/ Vida Jones_
Andrew Elliott              Vida Jones

10/26/23