# UNITED STATES DISTRICT COURT

for

# NORTHERN DISTRICT OF GEORGIA

### *AMENDED* Violation Report and Petition for Summons
### for Offender Under Supervision

Name of Offender: Vida Messiah Jones

Docket No: 1:20CR00452-SDG-3

Name of Sentencing Judicial Officer: Honorable Steven D. Grimberg
U.S. District Court Judge

Date of Original Sentence: 03/25/2022

Original Offense: 18 U.S.C. §§ 844(n) and 844(f)(1) Conspiracy to Maliciously Damage, Destroy, and Attempt to Damage and Destroy U.S. Postal Service Vehicles by Means of Fire

Original Sentence: Time Served followed by three (3) years Supervised Release with the following special conditions: Cognitive Skills Treatment Program; Search; Permit Confiscation of Contraband; and Pay Restitution in the amount of $35,061.75 at a rate of $100 per month. On June 13, 2022, conditions were modified to include substance abuse treating and treatment.

Type of Supervision: Supervised Release

Date Supervision Commenced: 03/25/2022

Assistant U.S. Attorney: Bret Hobson

Defense Attorney: Mildred Dunn

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The offender has violated the conditions of supervision as follows:

**1. Violation of Mandatory Condition- Commission of Another Federal, State, or Local Crime.**
On August 13, 2022, the person under supervision did commit the offense of Aggravated Assault in Fulton County, Georgia. According to the arrest report, an officer with the Atlanta Police Department arrived on the scene, and Mr. Jones was aggressively holding a bat and walking towards the victim, identified as Juamisha Wilder. Mr. Jones complied with loud verbal commands and was arrested that date.

**2. Violation of Mandatory Condition-Unlawful Use of a Controlled Substance.**

    a. On April 15, 2022, Mr. Jones tested positive for marijuana. He admitted to consuming a marijuana infused brownie on an unknown date.

    b. On June 28, 2022, Mr. Jones tested positive for marijuana. He signed an Admission to Drug Use form admitting to ingesting a marijuana edible on June 26, 2022.

    c. On July 11, 2022, Mr. Jones tested positive for marijuana. He denied the use of marijuana. On July 15, 2022, the test returned positive from the lab for marijuana.

    d. On July 25, 2022, Mr. Jones tested positive for marijuana. He denied using marijuana. On July 30, 2022, the test returned positive from the lab for marijuana.

    e. On November 6, 2023, Mr. Jones tested positive for marijuana. He signed an Admission to Drug Use form admitting to using marijuana on November 3, 2023.

    *f. On December 11, 2023, Mr. Jones tested positive for marijuana. On December 18, 2023, the test returned positive from the lab for marijuana.* **(Amended)**

    *g. On January 22, 2024, Mr. Jones tested positive for marijuana. On January 26, 2024, the test returned positive from the lab for marijuana.* **(Amended)**

    *h. On February 12, 2024, Mr. Jones tested positive for marijuana. He signed an Admission to Drug Use form admitting to consuming THC edibles within the past 7 days.* **(Amended)**

***3. Violation of Special Condition- Obstructing, Attempting to Obstruct, or Tampering with any Testing Methods.***

On November 6, 2023, Mr. Jones attempted to tamper with his drug screen results by attempting to use an unknown liquid stored inside a condom that he had on his person.

**4. Violation of Special Condition- Failure to Participate in an Alcohol and / or Other Substance Abuse Treatment Program and Follow the Rules and Regulations of the Program.**

Mr. Jones has failed to enroll in substance abuse treatment as instructed. He was instructed to do so by this officer on June 28, 2022, July 13, 2022, and August 8, 2022.

**5. Violation of Special Condition- Failure to Pay Ordered Financial Penalties in Accordance with the Schedule of Payments Sheet of the Judgement.**

Mr. Jones was ordered by the court to make restitution payments in the amount of $100.00 per month. He was given instructions to begin payments on April 15, 2022. Mr. Jones has not made any payments since being released and is currently $500 in arrears.

**6. Violation of Standard Condition #5- Failure to Notify the Probation Officer of Changes to Your Living Arrangement within 72 Hours of Becoming Aware of the Change.**

*On January 12, 2024, it was discovered that Mr. Jones had not been staying at the Atlanta Recovery Center since December 31, 2023. Mr. Jones failed to notify his probation officer of the change in his residence.* **(Amended)**

**PREVIOUS VIOLATION(S) REPORTED TO THE COURT:**

Mr. Jones tested positive for marijuana on March 25, 2022. He agreed to sign a waiver of hearing agreeing to the addition of conditions of substance abuse testing and treatment. On June 13, 2022, Your Honor agreed to the modification.

On or about October 30, 2023, a Violation Report and Petition to Modify Conditions of Supervision with Consent of the Offender was submitted to the Court to modify Mr. Jones' restitution payment to

no less than $20 monthly.

On November 14, 2023, Mr. Jones had a revocation hearing. Mr. Jones violations were held in abeyance pending a future court date.

**PETITIONING THE COURT TO:**
Issue a Warrant for Vida Messiah Jones and that he be brought back before the Court at Atlanta, Georgia, to show cause why Supervised Release heretofore entered should not be revoked. IT IS FURTHER ORDERED that this petition and the warrant be sealed and that the same shall remain sealed until the warrant is executed or until further order of this Court.

I declare under penalty of perjury that
the foregoing is true and correct.

| *AElliott* | | *F. White* | 2/20/2024 |
|---|---|---|---|
| Elliott, Andrew Brett | 2/14/2024 | Felicia White | |
| United States Probation Officer | | Supervisory U.S. Probation Officer | |

THE COURT ORDERS:

☒ Amend the Petition Dated November 13, 2023.

☐ No Action

☐ Other

*[signature]*
Honorable Steven D. Grimberg
U.S. District Court Judge

February 20, 2024
Date