IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

UNITED STATES OF AMERICA

V.

VIDA MESSIAH JONES

Criminal Action No.
1:20-cr-00452-SDG-CCB-3

### ORDER

This matter is before the Court on the Amended Violation Report and Petition for Summons for Offender Under Supervision (Petition) [ECF 152]. The Petition alleges that Defendant violated certain conditions of supervised release.

On May 13, 2024, the Court conducted a hearing on the Petition. Defendant admitted to violations 2 through 7 of the Petition. The Government abandoned violation 1 of the Petition.

**IT IS HEREBY ORDERED AND ADJUDGED** that Defendant's supervised release is **REVOKED**. Defendant is hereby sentenced to **TIME SERVED** followed by 24 months of supervised release starting May 13, 2024.

It is **DIRECTED** that the Clerk deliver a copy of this Order to the United States Probation Office.

**SO ORDERED** this 14th day of May, 2024.

_____
Steven D. Grimberg
United States District Court Judge